IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREW RACKERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENSKE LOGISTICS LLC, )<br>)<br>Defendant. ) | Cause No.:   4:20-cv-01659-SRC |

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Andrew Rackers and Defendant Penske Logistics LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of this action with prejudice with each party to bear his or its own costs.

Respectfully submitted,

| NEWTON BARTH, L.L.P. | OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C. |
|---|---|
| By:/s/ *Brandy Barth*<br>Brandy Barth, MO #56668<br>555 Washington Ave., Suite 420<br>St. Louis, MO 63101<br>Telephone: 314-272-4490<br>Facsimile: 314-762-6710<br>brandy@newtonbarth.com<br><br>Attorney for Plaintiff | By: */s/ Bradley W. Tharpe*<br>Eric A. Todd, MO #46919<br>Bradley W. Tharpe, MO #71203<br>7700 Bonhomme Avenue, Suite 650<br>St. Louis, MO  63105<br>Telephone:  314-802-3935<br>Facsimile:  314-802-3936<br>eric.todd@ogletree.com<br>bradley.tharpe@ogletree.com<br><br>Attorneys for Defendant Penske Logistics LLC |